IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM D. PETRY, JR.,

    Plaintiff,                                    06cv0326

v.                                            **ELECTRONICALLY FILED**

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER OF COURT

**AND NOW**, this **27th day of July, 2006**, in accordance with the foregoing memorandum opinion, it is **HEREBY ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (Document No. 5) is **GRANTED**.

2. Plaintiff's Motion for Summary Judgment (Document No. 7) is **DENIED.**

3. The decision of the Commissioner is affirmed.

4. Judgment is hereby entered for defendant and against plaintiff.

                                                    s/Arthur J. Schwab
                                                    Arthur J. Schwab
                                                    United States District Judge

cc:    All counsel of record